IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Yayha Tillman** | : | Case No. 22-70100-JAD |
| | : | |
| **Debtor** | : | Chapter 13 |
| | : | |
| Yayha Tillman | : | Related to |
| | : | **Document No. 14** |
| **Movant** | : | |
| | : | |
| vs. | : | |
| | : | |
| **No Respondent** | : | |

**ORDER ON MOTION TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF CHAPTER PETITION, SCHEDULES, AND PROOF OF INCOME**

**AND NOW** on this \_\_\_18th\_\_\_ day of \_\_\_April\_\_\_, 2022, upon consideration of Debtor's Motion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion to Extend Deadline Regarding Completion of Filing of Chapter Petition, schedules, and Proof of Income is **GRANTED.** Debtor shall have until \_\_\_\_April 28, 2022\_\_\_\_ to file his Chapter Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required. No further extensions will be granted, except in extenuating circumstances.

BY THE COURT

*sjk*

Jeffery A. Deller, *Judge*

*United States Bankruptcy Court*

FILED
4/18/22 8:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-70100-JAD |
| Yayha Tillman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yayha Tillman, 256 Sunnyside Rd., Bedford, PA 15522-1107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Yayha Tillman ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4