IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Yayha Tillman | : | Bankruptcy No. 22-70100-JAD |
| | : | |
| Debtor | : | |
| | : | |
| Yayha Tillman | : | |
| | : | Chapter   13 |
| Movant | : | |
| | : | Related to Document No.  2 |
| v. | : | |
| | : | |
| No Respondent | : | |

NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, **Richard G. Allen**, counsel for the debtor in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Dated: April 27, 2022

/s/ Richard G. Allen, Esquire
Richard G. Allen, Esquire
P.O. Box 401
Delmont, PA 15626
PA ID #   304865
(814) 240-1013 (phone)
(814) 806-2754 (fax)
richarda@johnstownbankruptcy.com

PAWB Local Form 30 (07/13)

1

MATRIX

```
First Energy/Penelec
101 Crawford's Corner Road
Building #1 Ste. 1-511
Holmdel, NJ 07733

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

U.S. Department of HUD
100 Penn Square East 11th Floor
Philadelphia, PA 19107
```

2