# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Yayha Tillman**                                                                      Case No.   **22-70100**
                        Debtor(s)                                                              Chapter    **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Yayha Tillman**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **April 27, 2022**                                Signature  **/s/ Yayha Tillman**
                                                                   **Yayha Tillman**
                                                                   Debtor

**Statement of Earnings and Deductions.**
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 01/29/2022 - 02/11/2022**



PAID TO
**YAYHA TILLMAN**
256 SUNNYSIDE RD
BEDFORD, PA 15522

Deposit Date: 02-17-2022
Advice # 593922083
**$1,763.89**

Account Now   CHECK DEPOSIT   xxxxxx   $1,763.89

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**
- Netpay
- Deductions
- Taxes

01/29 - 02/11

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 6.83 |

**CATEGORY**
| Pay Category | Driver |
|---|---|

| Average Days Pay | | | | | $239.09 |
|---|---|---|---|---|---|

| EARNINGS | UNITS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| LIVE LOAD | | | $0.00 | $12.33 |
| AWARD | | | $150.00 | $600.00 |
| REGULAR EARNING | | | $0.00 | $0.00 |
| PTO PAY | 10.00 | $23.9090 | $239.09 | $1,464.03 |
| SAFETY PAYOUT | 10.00 | $23.9090 | $239.09 | $239.09 |
| WEEK 1   01/29/2022 TO 02/04/2022 | | | | |
| MILEAGE | 1040.00 | $0.5171 | $537.78 | |
| WE MILEAGE | 328.00 | $0.0700 | $22.96 | |
| LAYOVER | 4.00 | $44.1000 | $176.40 | |
| HOOK | 7.00 | $8.9250 | $62.48 | |
| STOP | 5.00 | $11.2875 | $56.44 | |
| MILES EVE PREM | 1040.00 | $0.0700 | $72.80 | |
| LIVE UNLOAD | 9.00 | $12.3375 | $111.04 | |
| UNSCHED TIME | 4.24 | $15.0000 | $63.60 | |
| ARRIVE | 4.00 | $11.2875 | $45.15 | |
| ARRIVE DROP | 7.00 | $11.2875 | $79.01 | |
| WEEK 2   02/05/2022 TO 02/11/2022 | | | | |
| MILEAGE | 939.00 | $0.5171 | $485.56 | $3,532.29 |
| WE MILEAGE | 270.00 | $0.0700 | $18.90 | $189.35 |
| LAYOVER | 5.00 | $44.1000 | $220.50 | $1,587.60 |
| HOOK | 6.00 | $8.9250 | $53.55 | $303.46 |
| STOP | 3.00 | $11.2875 | $33.86 | $259.61 |
| MILES EVE PREM | 939.00 | $0.0700 | $65.73 | $478.17 |
| LIVE UNLOAD | 6.00 | $12.3375 | $74.02 | $518.18 |
| UNSCHED TIME | 1.07 | $15.0000 | $16.05 | $311.85 |
| ARRIVE | 4.00 | $11.2875 | $45.15 | $248.32 |
| ARRIVE DROP | 5.00 | $11.2875 | $56.44 | $395.06 |
| Total | | | $2,925.60 | $10,139.34 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| FAM/CHILD CSFX | $701.08 | $2,804.32 |
| PA LST | $2.00 | $8.00 |
| Total | $703.08 | $2,812.32 |

**FEDERAL TAX WITHHOLDING**
| Tax Method | Head of Household |
|---|---|
| Claim Dependents | $4000.00 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**
| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $99.36 | $201.04 |
| SOCIAL SECURITY | $181.39 | $628.64 |
| MEDICARE | $42.42 | $147.02 |
| PENNSYLVANIA | $89.82 | $311.27 |
| PA LOCAL TAX | $43.88 | $152.08 |
| SUI | $1.76 | $6.10 |
| Total | $458.63 | $1,446.15 |

|  | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,763.89 | $5,880.87 |

All Material Walmart Confidential. © 2022

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 02/12/2022 - 02/25/2022**



Deposit Date: 03-03-2022
Advice # 595498074

PAID TO
**YAYHA TILLMAN**                    **$1,875.24**

256 SUNNYSIDE RD          Account Now          CHECK DEPOSIT          xxxxxx          $1,875.24
BEDFORD, PA 15522

THIS IS NOT A REAL CHECK

### CURRENT PAY OVERVIEW

Netpay / Deductions / Taxes

02/12 - 02/25

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 7.19 |

| CATEGORY | |
|---|---|
| Pay Category | Driver |

**Average Days Pay                                      $244.01**

| EARNINGS | UNITS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| LIVE LOAD | | | $0.00 | $12.33 | FAM/CHILD CSFX | $701.08 | $3,505.40 |
| AWARD | | | $150.00 | $750.00 | PA LST | $2.00 | $10.00 |
| SAFETY PAYOUT | | | $0.00 | $239.09 | Total | $703.08 | $3,515.40 |
| REGULAR EARNING | | | $0.00 | $0.00 | | | |
| PTO PAY | 10.00 | $24.4010 | $244.01 | $1,708.04 | | | |
| WEEK 1  02/12/2022 TO 02/18/2022 | | | | | | | |
| MILEAGE | 1206.00 | $0.5171 | $623.62 | | | | |
| WE MILEAGE | 515.00 | $0.0700 | $36.05 | | | | |
| LAYOVER | 5.00 | $44.1000 | $220.50 | | | | |
| HOOK | 5.00 | $8.9250 | $44.63 | | | | |
| STOP | 3.00 | $11.2875 | $33.86 | $293.47 | | | |
| MILES EVE PREM | 1206.00 | $0.0700 | $84.42 | | | | |
| LIVE UNLOAD | 5.00 | $12.3375 | $61.69 | | | | |
| UNSCHED TIME | 4.36 | $15.0000 | $65.40 | | | | |
| ARRIVE | 3.00 | $11.2875 | $33.86 | | | | |
| ARRIVE DROP | 5.00 | $11.2875 | $56.44 | | | | |
| WEEK 2  02/19/2022 TO 02/25/2022 | | | | | | | |
| MILEAGE | 1503.00 | $0.5171 | $777.20 | $4,933.11 | | | |
| WE MILEAGE | 511.00 | $0.0700 | $35.77 | $261.17 | | | |
| LAYOVER | 6.00 | $44.1000 | $264.60 | $2,072.70 | | | |
| HOOK | 6.00 | $8.9250 | $53.55 | $401.64 | | | |
| MILES EVE PREM | 1503.00 | $0.0700 | $105.21 | $667.80 | | | |
| LIVE UNLOAD | 1.00 | $12.3375 | $12.33 | $592.20 | | | |
| UNSCHED TIME | 6.02 | $15.0000 | $90.30 | $467.55 | | | |
| ARRIVE | 1.00 | $11.2875 | $11.29 | $293.47 | | | |
| ARRIVE DROP | 8.00 | $11.2875 | $90.30 | $541.80 | | | |
| Total | | | $3,095.03 | $13,234.37 | | | |

### FEDERAL TAX WITHHOLDING

| Tax Method | Head of Household |
|---|---|
| Claim Dependents | $4000.00 |
| Additional Withholding | $0.00 |

### STATE TAX WITHHOLDING

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $136.63 | $337.67 |
| SOCIAL SECURITY | $191.89 | $820.53 |
| MEDICARE | $44.88 | $191.90 |
| PENNSYLVANIA | $95.02 | $406.29 |
| PA LOCAL TAX | $46.43 | $198.51 |
| SUI | $1.86 | $7.96 |
| Total | $516.71 | $1,962.86 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,875.24 | $7,756.11 |

All Material Walmart Confidential. © 2022

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 02/26/2022 - 03/11/2022**



Deposit Date: 03-17-2022
Advice # 597081836

**PAID TO**
**YAYHA TILLMAN**   $1,743.50

256 SUNNYSIDE RD
BEDFORD, PA 15522

Account Now    CHECK DEPOSIT    xxxxxx    $1,743.50

THIS IS NOT A REAL CHECK

**CURRENT PAY OVERVIEW**

- Netpay
- Deductions
- Taxes

02/26 - 03/11

| PTO | HRS |
| --- | --- |
| PTO AVAILABLE | 0.42 |

**CATEGORY**

| Pay Category | Driver |
| --- | --- |

Average Days Pay    $250.04

| EARNINGS | UNITS | RATE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- |
| LUMP SUM HRLY | | | $177.96 | $177.96 |
| LIVE LOAD | | | $0.00 | $12.33 |
| AWARD | | | $0.00 | $750.00 |
| SAFETY PAYOUT | | | $0.00 | $239.09 |
| SAFETY BONUS | | | $375.73 | $375.73 |
| REGULAR EARNING | | | $0.00 | $0.00 |
| PTO PAY | 15.09 | $25.0040 | $377.31 | $2,085.35 |
| WEEK 1  02/26/2022 TO 03/04/2022 | | | | |
| MILEAGE | 525.00 | $0.5765 | $302.66 | |
| WE MILEAGE | 449.00 | $0.0700 | $31.43 | |
| LAYOVER | 2.00 | $42.0000 | $84.00 | |
| HOOK | 5.00 | $10.0000 | $50.00 | |
| STOP | 1.00 | $11.5000 | $11.50 | |
| MILES EVE PREM | 525.00 | $0.0700 | $36.75 | |
| LIVE UNLOAD | 2.00 | $12.5000 | $25.00 | |
| UNSCHED TIME | 1.05 | $15.0000 | $15.75 | |
| ARRIVE | 1.00 | $11.5000 | $11.50 | |
| ARRIVE DROP | 4.00 | $11.5000 | $46.00 | |
| WEEK 2  03/05/2022 TO 03/11/2022 | | | | |
| MILEAGE | 1333.00 | $0.5765 | $768.47 | $6,004.24 |
| WE MILEAGE | 819.00 | $0.0700 | $57.33 | $349.93 |
| LAYOVER | 5.00 | $42.0000 | $210.00 | $2,366.70 |
| HOOK | 4.00 | $10.0000 | $40.00 | $491.64 |
| STOP | 2.00 | $11.5000 | $23.00 | $327.97 |
| MILES EVE PREM | 1333.00 | $0.0700 | $93.31 | $797.86 |
| LIVE UNLOAD | 4.00 | $12.5000 | $50.00 | $667.20 |
| UNSCHED TIME | 11.22 | $15.0000 | $168.30 | $651.60 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
| --- | --- | --- |
| FAM/CHILD CSFX | $779.54 | $4,284.94 |
| PA LST | $2.00 | $12.00 |
| Total | $781.54 | $4,296.94 |

**FEDERAL TAX WITHHOLDING**

| Tax Method | Head of Household |
| --- | --- |
| Claim Dependents | $4000.00 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
| --- | --- |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | UNITS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| ARRIVE | 2.00 | $11.5000 | $23.00 | $327.97 |
| ARRIVE DROP | 6.00 | $11.5000 | $69.00 | $656.80 |
| Total | | | $3,048.00 | $16,282.37 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $148.67 | $486.34 |
| SOCIAL SECURITY | $188.98 | $1,009.51 |
| MEDICARE | $44.19 | $236.09 |
| PENNSYLVANIA | $93.57 | $499.86 |
| PA LOCAL TAX | $45.72 | $244.23 |
| SUI | $1.83 | $9.79 |
| Total | $522.96 | $2,485.82 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,743.50 | $9,499.61 |

All Material Walmart Confidential. © 2022