IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Yayha Tillman | : | |
| | : | Bankruptcy No. 22-70100-JAD |
| Debtor | : | |
| | : | Chapter 13 |
| Yayha Tillman | : | |
| Movant | : | |
| v. | : | |
| Wal Mart Associates | : | |
| 702 SW 8th Street | : | |
| Bentonville, AK 72716 | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING ATTACHMENT OF WAGES and Local Form 12**

    I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of July, 2022, a true and correct copy of the Order dated July 18th, 2022, along with Local Form 12 by Facsimile on the Party below:

**Wal Mart Associates**
**702 SW 8th Street**
**Bentonville, AK 72716 via fax 1(479) 277-1602**

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| Date: July 19th, 2022: | Respectfully Submitted |
| | /s/ Richard G. Allen, Esq. |
| | Richard G. Allen |
| | PA I.D. #304865 |
| | Law Offices of Richard G. Allen |
| | P.O. Box 401 |
| | Delmont, PA 15626 |
| | (814) 240-1013 (P) (814) 806-2754 (F) |
| Email: | richarda@johnstownbankruptcy.com |
| | Attorney for Debtor |