# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Yayha Tillman** | : | **Case No. 22-70100-JAD** |
| **Debtor** | : | **Chapter 13** |
| _____ | : | |
| **Yayha Tillman** | : | **Document No. 41** |
| **Movant** | : | |
| **v.** | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
| **Respondent** | : | |

## CERTIFICATE OF SERVICE OF DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE WITH NOTICE OF HEARING AND PROPOSED ORDER

I hereby certify that on the 13th day of September, 2022, I served one true and correct copy of Debtor's Motion to Dismiss Chapter 13 case, along with the accompanying Notice of Hearing *(Document No. 40)* and Proposed Order on the following parties in interest by United States first-class mail, postage prepaid, and electronic mail (where signified) addressed as follows:

| | |
|---|---|
| EXECUTED ON: September 13th, 2022 | Respectfully Submitted |
| | /s/ Richard G. Allen, Esq. |
| | Richard G. Allen |
| | PA I.D. #304865 |
| | Law Offices of Richard G. Allen |
| | P.O. Box 401 |
| | Delmont, PA 15626 |
| | (814) 240-1013 (P) |
| | (814) 806-2754 (F) |
| | Email: richarda@johnstownbankruptcy.com |
| | Attorney for Debtor |

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

Alliant Capital Management - HDH
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVE., STE 400
SEATTLE, WA 98121

Brandon S. Lefkowitz
29777 Telegraph Road, Suite 2440
Southfield, MI 48034

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024

Capital One Auto Finance, a division of Capital One
P.O. Box 4360
Houston, TX 77210

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Credit Collection Services
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062

FinWise Bank
c/o Opportunity Financial, LLC
130 E. Randolph Street, Suite 3400
Chicago, IL 60601

FinWise Bank/Opp Loans
Attn: Bankruptcy
130 E Randolph St, Ste 3400
Chicago, IL 60601

First Energy/Penelec
101 Crawford's Corner Road
Building #1 Ste. 1-511
Holmdel, NJ 07733

Household Finance Co/OneMain Financial
Attn: Bankruptcy
P.O. Box 3251
Evansville, IN 47731

Internal Revenue Service

Centralized Insolvency Operations

P.O. Box 7346

Philadelphia, PA 19101-7346


LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603-0587


Mariner Finance

Attn: Bankruptcy

8211 Town Center Drive

Nottingham, MD 21236


Mariner Finance, LLC

8211 Town Center Drive

Nottingham, MD 21236


NPRTO North-East, LLC

256 West Data Drive

Draper, UT 84020


OneMain Financial

PO Box 3251

Evansville, IN 47731


U.S. Department of HUD

100 Penn Square East 11th Floor

Philadelphia, PA 19107


Quantum3 Group LLC as agent for

Sadino Funding LLC

PO Box 788

Kirkland, WA 98083-0788


Quicken Loans

Attn: Bankruptcy

1050 Woodward Avenue

Detroit, MI 48226


Resurgent Capital Services

Attn: Bankruptcy

P.O. Box 10497

Greenville, SC 29603


Rocket Mortgage, LLC fka Quicken Loans, at. el

635 Woodward Avenue

Detroit MI 48226


Sezzle

Attn: Bankruptcy

P.O. Box 3320

Minneapolis, MN 55403

Pennsylvania Dept. of Revenue Department 280946

P.O. Box 280946

ATTN: BANKRUPTCY DIVISION Harrisburg, PA 17128-0946

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee

cmecf@chapter13trusteewdpa.com

Yayha Tillman

 256 Sunnyside Rd.
Bedford, PA 15522-1107