**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Yayha Tillman** | : | Case No. 22-70100-JAD |
| | : | |
| **Debtor** | : | Chapter 13 |
| _____ | : | |
| **Yayha Tillman** | : | |
| **Movant** | : | Docket No. 42 |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esq.** | : | |
| **Chapter 13 Trustee** | : | Hearing Date and time:  10/12/2022 at 11:00 AM |
| **Respondent** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE AND TO IMMEDIATELY STOP WAGE ATTACHMENT (Doc. No. 39 )**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtor's Motion To Dismiss Chapter 13 Case and to Immediately Stop Wage Attachment filed on **September 12th, 2022** has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **September 30th, 2022.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: October 3, 2022

/s/ Richard G. Allen, Esquire
Richard G. Allen, Esquire
P.O. Box 401
Delmont, PA 15626
PA ID #   304865
(814) 240-1013 (phone)
(814) 240-1039 (fax)
richarda@johnstownbankruptcy.com
Attorney for Debtor