## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Yayha Tillman** | : | Case No. 22-70100-JAD |
| **Debtor** | : | Chapter 13 |
| _____ | : | |
| **Yayha Tillman** | : | Related to Document No. 39 |
| **Movant** | : | |
| v. | : | **DEFAULT O/E JAD** |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
| **Respondent** | : | |

**ORDER DISMISSING CASE FILED UNDER CHAPTER 13 AND TERMINATING VOLUNTARY WAGE ATTACHMENT**

AND NOW, this __7th__ day of ____October____, 2022 it is hereby Ordered, Adjudged and Decreed that the instant case in Chapter 13 upon consideration of the motion is Dismissed without prejudice AND the Voluntary Wage attachment is hereby immediately terminated and no further deductions shall be made on the debtor's pay.

BY THE COURT

_____ sjk

Jeffery A. Deller

*Judge, United States Bankruptcy Court*

FILED
10/7/22 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA