**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Yayha Tillman | : | **Case No. 22-70100-JAD** |
| **Debtor** | : | **Chapter 13** |
| _____ | : | Related to |
| Yayha Tillman | : | **Document No. 39** |
| **Movant** | : | |
| **v.** | : | |
| Ronda J. Winnecour | : | <span style="color:red">**DEFAULT O/E JAD**</span> |
| **Chapter 13 Trustee** | : | |
| **Respondent** | : | |

**ORDER DISMISSING CASE FILED UNDER CHAPTER 13 AND TERMINATING VOLUNTARY WAGE ATTACHMENT**

AND NOW, this __7th__ day of ___October___, 2022 it is hereby Ordered, Adjudged

and Decreed that the instant case in Chapter 13 upon consideration of the motion is Dismissed

without prejudice AND the Voluntary Wage attachment is hereby immediately terminated and

no further deductions shall be made on the debtor's pay.

BY THE COURT

_Jeffery A. Deller_ sjk

Jeffery A. Deller

_Judge, United States Bankruptcy Court_

FILED
10/7/22 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Yayha Tillman

     Debtor

Case No. 22-70100-JAD

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7

Date Rcvd: Oct 07, 2022

User: auto

Form ID: pdf900

Page 1 of 3

Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yayha Tillman, 256 Sunnyside Rd., Bedford, PA 15522-1107 |
| 15476303 | + | First Energy/Penelec, 101 Crawford's Corner Road, Building #1 Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15476305 | + | U.S. Department of HUD, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 15468172 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2022 23:46:11 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15466780 | + | Email/Text: backoffice@affirm.com | Oct 07 2022 23:46:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15487107 | + | Email/Text: bncmail@w-legal.com | Oct 07 2022 23:46:00 | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 15487493 | + | Email/Text: bkattorneynotices@gmail.com | Oct 07 2022 23:46:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 15466781 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2022 23:46:03 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15466782 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 07 2022 23:46:04 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15476393 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2022 23:46:11 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15482148 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2022 23:46:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15466783 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 07 2022 23:46:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 15487494 | + | Email/Text: opportunitynotices@gmail.com | Oct 07 2022 23:46:00 | FinWise Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 15466784 | + | Email/Text: opportunitynotices@gmail.com | Oct 07 2022 23:46:00 | FinWise Bank/Opp Loans, Attn: Bankruptcy, 130 E Randolph St, Ste 3400, Chicago, IL 60601-6379 |
| 15466785 | + | Email/PDF: cbp@onemainfinancial.com | Oct 07 2022 23:46:03 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15476304 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2022 23:46:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15468898 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0315-7 | User: auto | Page 2 of 3
Date Rcvd: Oct 07, 2022 | Form ID: pdf900 | Total Noticed: 27

| | | Oct 07 2022 23:46:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 15466786 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | Oct 07 2022 23:46:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15487489 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | Oct 07 2022 23:46:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15483377 | + Email/Text: ecfbankruptcy@progleasing.com | | |
| | | Oct 07 2022 23:46:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 15475278 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Oct 07 2022 23:46:12 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15480495 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Oct 07 2022 23:46:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15466787 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Oct 07 2022 23:46:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15466788 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 07 2022 23:46:04 | Resurgent Capital Services, Attn: Bankruptcy, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15486929 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Oct 07 2022 23:46:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15466789 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | | |
| | | Oct 07 2022 23:46:00 | Sezzle, Attn: Bankruptcy, P.O. Box 3320, Minneapolis, MN 55403 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Rocket Mortgage  LLC F/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7                      User: auto                                    Page 3 of 3
Date Rcvd: Oct 07, 2022                   Form ID: pdf900                         Total Noticed: 27

Richard G. Allen
                          on behalf of Debtor Yayha Tillman ecf@johnstownbankruptcy.com  mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com


TOTAL: 4