**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| YAYHA TILLMAN | Case No.:22-70100 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/25/2022 and confirmed on 07/18/2022 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,940.00 |
| Less Refunds to Debtor | 2,400.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,540.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 894.88 | |
|     Trustee Fee | 234.65 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,129.53 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ROCKET MORTGAGE LLC FKA QUICKEN L | 0.00 | 2,855.53 | 0.00 | 2,855.53 |
|     Acct: 1008 | | | | |
|   ROCKET MORTGAGE LLC FKA QUICKEN L | 1,057.40 | 0.00 | 0.00 | 0.00 |
|     Acct: 1008 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 41,163.09 | 2,058.38 | 1,496.56 | 3,554.94 |
|     Acct: 6168 | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9424 | | | | |
| | | | | 6,410.47 |
| **Priority** | | | | |
|   RICHARD G ALLEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   YAYHA TILLMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   YAYHA TILLMAN | 800.00 | 800.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   YAYHA TILLMAN | 1,600.00 | 1,600.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| LAW OFFICES OF RICHARD G ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD G ALLEN ESQ | 4,500.00 | 894.88 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 37,323.90 | 0.00 | 0.00 | 0.00 |
| Acct: 6279 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: DINY | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2EAE | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8AH7 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6239 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 945.65 | 0.00 | 0.00 | 0.00 |
| Acct: 4040 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 16,371.34 | 0.00 | 0.00 | 0.00 |
| Acct: 5757 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9371 | | | | |
| FINWISE BANK | 2,716.25 | 0.00 | 0.00 | 0.00 |
| Acct: 6242 | | | | |
| FIRST ENERGY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6279 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 10,860.16 | 0.00 | 0.00 | 0.00 |
| Acct: 3406 | | | | |
| MARINER FINANCE LLC | 4,570.62 | 0.00 | 0.00 | 0.00 |
| Acct: 9426 | | | | |
| LVNV FUNDING LLC | 10,015.25 | 0.00 | 0.00 | 0.00 |
| Acct: 8550 | | | | |
| SEZZLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8200 | | | | |
| NPRTO NORTH-EAST LLC | 3,014.79 | 0.00 | 0.00 | 0.00 |
| Acct: 4230 | | | | |
| ALLIANT CAPITAL MANAGEMENT - HDH | 1,206.14 | 0.00 | 0.00 | 0.00 |
| Acct: 6758 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR SA | 1,868.00 | 0.00 | 0.00 | 0.00 |
| Acct: VCMB | | | | |
| INTERNAL REVENUE SERVICE* | 33,503.80 | 0.00 | 0.00 | 0.00 |
| Acct: 6279 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                       6,410.47

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 37,323.90 |
| SECURED | 42,220.49 |
| UNSECURED | 85.072.00 |

Date: 12/15/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com